266 So.2d 445

**STATE of Louisiana**

v.

**Tommy G. EPPERSON.**

No. 52762.

Sept. 27, 1972.

Writ denied. Applicant's remedy is by appeal.

266 So.2d 445

**STATE of Louisiana, Through the DEPART-MENT OF HIGHWAYS**

v.

**HENDERSON PROPERTIES, INC.**

No. 52804.

Sept. 27, 1972.

Not considered. This application, having been filed on August 30, 1972, was not timely filed. See Art. 7, Sec. 11, La. Const.